

**RAY, MITEV & ASSOCIATES, LLP**
*New York Attorneys*

| | | |
|---|---|---|
| **MANHATTAN**<br>5 E. 22ND Street, 17TH Floor<br>At Broadway<br>New York, New York 10010<br>1-866-88NYLAW | *Killer Bees* | **SUFFOLK COUNTY**<br>122 North Country Road<br>Miller Place, New York 11764<br>631-473-1000 |

SEND ALL MAIL TO:
P.O. BOX 5440
MILLER PLACE, NEW YORK 11764-1117

March 16, 2020

**VIA ECF**
Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    Miranda, Lauren v. South Country School District
             Our File No. 0171202N0719
             Civil Action No. 20-cv-104

Dear Judge Cogan:

    I represent Plaintiff. I write because Defendants have submitted a Response on the Defendants' 12(b) dismissal motion which greatly exceeds the page limit established by this Court's Rules. Defendants' Reply is 31 pages long. The Rule III(B)(1) limits such submission to 10 pages. This Court granted Defendants more time to file their Reply (Order dated 3/10/20). The Court did not grant Defendants' request (Dkt # 26) to expand their pages beyond the Rule limit. I had objected to such request (Dkt # 27) as unfair. To be sure, Defendants have added, for example, 8 pages of citations alone, and many more facts and new arguments. I respectfully ask the Court to reject Defendants' Reply.

Very truly yours,

John Ray, Esq.

JR:ms
cc: Lauren Miranda (via email)
    Steven Stern, Esq. (via ECF)