

**RAY, MITEV & ASSOCIATES, LLP**
*New York Attorneys*

| | | |
|---|---|---|
| **MANHATTAN** | | **SUFFOLK COUNTY** |
| 5 E. 22ND Street, 17TH Floor | *Killer Bees* | 122 North Country Road |
| At Broadway | | Miller Place, New York 11764 |
| New York, New York 10010 | | 631-473-1000 |
| 1-866-88NYLAW | | |

SEND ALL MAIL TO:
P.O. BOX 5440
MILLER PLACE, NEW YORK 11764-1117

July 26, 2022

**VIA ECF**
Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    Miranda, Lauren v. South Country School District
                  Our File No. 0171202N0719
                  Civil Action No. 20-cv-104

Dear Judge Cogan:

      I have a copy of Mr. Stern's letter to the Court dated today. He asks for an extension for a motion. I consent. But then Mr. Stern appears to use the simple extension unopposed request to argue his entire motion, which puts me in an untoward position, not least because he has our expert's transcript, and I do not. Anyway, it does appear that Mr. Stern's purported facts and arguments go to the weight to be given to our expert's testimony, not its admissibility. And it seems that Mr. Stern has mischaracterized Mr. Quintero's testimony or taken it out of context. I regret having to make these arguments while not yet armed with evidence. I would that the lengthy legal argument of the substance of Defendants motion had not been made, needlessly, for a mere consented-to extension.

                                                    Very truly yours,

                                                    John Ray, Esq.

JR:ra
cc: Lauren Miranda (via email)
     Steven Stern, Esq. (via ECF)