UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
LAUREN MIRANDA,

                        Plaintiff,

             -against-

SOUTH COUNTRY CENTRAL SCHOOL
DISTRICT,

                      Defendant.
-------------------------------------------------------------------X

**NOTICE OF MOTION**

Docket No.
20 Civ. 00104 (BMC)

      **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendant's Motion to Preclude, the Declaration of Steven C. Stern with exhibits, and upon all prior pleadings and proceedings in this action, Defendant South Country Central School District will move this Court before the Honorable Brian M. Cogan at the United States District Court for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11722, on a date and time to be determined by the Court, for an Order pursuant to Fed. R. Evid. 702 and Fed. R. Civ. P. 37(c)(1) precluding Plaintiff from offering at trial evidence of lost income and the testimony of Ronald G. Quintero, together with such further relief as this Court deems proper and just.

      **PLEASE TAKE FURTHER NOTICE** that answering papers shall be served by September 2, 2022.

Dated: Carle Place, New York
   August 12, 2022

                     SOKOLOFF STERN LLP
                     *Attorneys for Defendant*
                     *South Country Central School District*

By: Steven C. Stern
   Chelsea Weisbord
   179 Westbury Avenue
   Carle Place, New York 11514
   (516) 334-4500
   File No. 190043

TO: <u>Via ECF</u>
   Joh Ray & Associates, LLP
   *Attorneys for Plaintiff*
   122 North Country Road
   P.O. Box 5440
   Miller Place, New York 11764