| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ENTRY |
| BEFORE: ANNE Y. SHIELDS<br>            U.S. MAGISTRATE JUDGE | DATE: 9/29/2022<br>TIME: 2:30 pm<br>FTR: 2:53-2:53, 5:50-5:54 |

CASE: **CV 20-104 (BMC) (AYS)** Miranda v. South Country Central School District, et al

TYPE OF CONFERENCE: SETTLEMENT

APPEARANCES:    Plaintiff        <u>John W. Ray</u>

                Defendant     Steven Stern
                              Chelsea Weisbord

**THE FOLLOWING RULINGS WERE MADE:**

☐   Scheduling Order entered.

☐   Settlement conference scheduled for __ in courtroom 830 of the Long Island Courthouse. Counsel shall comply with the undersigned's individual rules on settlement.

☐   Proposed settlement pending: By __, each party shall notify the court by *ex parte* letter to chambers at (631) 712-5715 whether it accepts or rejects the proposed settlement. These letters will be kept confidential.

☐   The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.

☒   Other: Case settled. The parties have agreed to settle this matter. They are directed to file a stipulation of discontinuance with the assigned District Judge by October 31, 2022.

SO ORDERED

 /s/ Anne Y. Shields
ANNE Y. SHIELDS
United States Magistrate Judge